DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CITY OF HOLLYWOOD,** a Municipal Corporation Organized & Existing under the Laws of the State of Florida,
Appellant,

v.

**HOLLYWOOD PARK APARTMENTS SOUTH, LLC,** a Florida Limited Liability Company,
Appellee.

No. 4D2024-1853

[December 11, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE19-011778.

Kendra S. Breeden, City Attorney's Office, Hollywood, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CIKLIN and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***